IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

John Tezak,

Plaintiff(s),

v.

Live Nation Entertainment, Inc. et al ,

Defendant(s).

Case No. 20 cv 2482
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Live Nation Entertainment, Inc., Ticketmaster Entertainment LLC, Ticketmaster Entertainment, Inc.
and against plaintiff(s) John Tezak.
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to compel arbitration.

Date: 3/10/2021

Thomas G. Bruton, Clerk of Court

Yvette Montanez , Deputy Clerk